JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEJANDRO JOSE IRAHETTA ALVARENGA,

Petitioner,

v.

MARK WAYNE MULLIN, et al.,

Respondents.

No. 5:26-cv-03283-AB-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice.

DATED: September 14, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE